UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| GREENBURGH SHOPPING CENTER ASSOCIATES, LLC,<br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>YOUN DO HWANG individually, d/b/a "DEBRICH CLEANERS",<br>　　　　　　　　Defendant, pro se. | Civil No. 21-CV-10921<br><br>Motion<br>Order To Dismiss |

I, Youn Do Hwang, individually, defendant pro se in this action, responds to Plaintiff, as follows:

A. Only Federal questions cases as to subject matter jurisdiction belong in United States District Court and it is the Honorable Judge who decides what venue is appropriate. They may decide the case for the Magistrate or different court that may address a) service, b) dismiss the case for lack of evidence, and c) sever the case as to issues brought.

B. An individual cannot be held liable to pay for a Corporation.

In my Motion to Show Cause, I, Youn Do Hwang, individually, defendant pro se, repeat this:

1) Denies he caused any "spill". He was not at the demised premises on December 1, 2020.

2) Denies he is responsible for "cleanup remediation or costs"; Motion: Order to show cause and Motion to Dismiss.

3) Denies any "breach of contract" since he did not cause any spill.

4) Denies any "breach of contract for failure to procure and maintain general liability insurance naming Plaintiff as an additional insured as required by the Lease dated November 12, 1991 for demised premises 91 Knollwood Road, Elmsford, New York", as he had liability insurance as such (not Wesco). If there is no "breach of contract" then this issue is moot.

5) Since he did not cause any "spill" he denies any "negligence" by him.

6) Since he did not cause any "spill" he denies any "private nuisance caused by the spill".

7) Since he did not cause any spill, he denies any "breach of contract" based on this he is not owing any "additional rent" for the store premises when paying monthly rent.

8) Since he is not the owner or officer of "Debrich Cleaners", he denies any liability in a spill. Note: Debrich Cleaners went out of business, inactive, according to New York State

Division of Corporations in June 27, 2001. Also, he believes that there was improper service of this case, causing his delay in responding timely (Rule 12 of Federal Rules of Civil Procedure).

See attached exhibits. Defendant prays for relief in this matter as the Honorable Judge decides on the merit of this case as good and just.

                                                   Respectfully submitted,

                                           Youn Do Hwang, individual, Defendant pro se
                                           9 East Lawrence Park Drive, #4
                                           Piermont, New York 10968

Affidavit of Service

I, Peter Park, not a party to this action, certify that on January 26, 2022, a copy of the response of Youn Do Hwang individually, defendant pro se, was served on all parties to the court action known as Civil No. 21-CV-10921, GREENBURGH SHOPPING CENTER ASSOCIATES, LLC, Plaintiff, against YOUN DO HWANG individually, d/b/a "DEBRICH CLEANERS", Defendant, pro se, by delivery by U.S. mail.

_____
Peter Park
19 E. Hartsdale Avenue
Hartsdale, New York 10530

Sworn to before me on the 26 day of January, 2022.

_____
Notary Public

Karen Morra Mesh, Notary Public
New York State Westchester County
No. 01M06212424
My Commission Expires 10/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: G. Pisarczyk, Clerk of Court
300 Quarropas Street
White Plains, New York 10601
Telephone 914-390-4100
Facsimile 914-390-4090
Pro Se Intake Clinic – Wed. 12-4

Plaintiff: Greenburgh Shopping Center Associates, LLC
Landlord: Samuel J. Jemal, General Partner
c/o Robert B. Weissman Esq. Attorney for Plaintiff:
Saretsky Katz & Dranoff, LLP
565 Taxter Road, Suite 210
Elmsford, N.Y. 10523
Telephone 212-973-9797
Facsimile 212-973-0939