UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREENBURGH SHOPPING CENTER
ASSOCIATES, LLC,

                           Plaintiff,                    **ORDER**

         -against-                         21-CV-10921 (PMH)

YOUN DO HWANG individually, d/b/a
"DEBRICH CLEANERS",

                          Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

     Plaintiff commenced this action on December 20, 2021. (Doc. 1). This morning, two documents were docketed by the Court's Pro Se Intake Unit on behalf of the *pro se* Defendant, captioned "Motion Order to Show Cause" (Doc. 7) and "Motion Order to Dismiss" (Doc. 8). Later this morning, Plaintiff filed a letter seeking *inter alia*, guidance on how to proceed. (Doc. 9).

     Despite their captions, in light of the substance of the *pro se* filings, the Court deems the documents, Doc. 7 and Doc. 8, together, to be Defendant's Answer to the Complaint. The Court will separately docket a Notice scheduling an Initial Pretrial Conference.

     The Clerk of Court is respectfully requested to: (1) terminate the motions pending at Doc. 7 and Doc. 8; (2) update the docket sheet to reflect the address of the *pro se* Defendant, Youn Do Hwang, as indicated in his Answer: 9 East Lawrence Park Drive, #4, Piermont, New York 10968; and (3) mail a copy of this Order to the *pro se* Defendant at that address.

SO ORDERED:

Dated: White Plains, New York
         February 17, 2022

                                                               _____
                                                               Philip M. Halpern
                                                               United States District Judge