**SARETSKY KATZ & DRANOFF, L.L.P.**

565 Taxter Road – Suite 210
Elmsford, New York

TELEPHONE (212)
FACSIMILE (212)
www.skdllp.c

(Please send all correspondence t

NEW YORK CITY OFFICE
--------------
515 Madison Avenue
New York, New York 10022

rweissman@skdllp.com

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 24, 2022

**VIA ECF**
Hon. Philip M. Halpern
United States Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-4150

      Re: *Greenburgh Shopping Center Associates, LLC v. Youn Do Hwang individually d/b/a "Debrich Cleaners"*,
      Docket No.: 21-cv- 10921(PMH)

Dear Judge Halpern:

      We represent the plaintiff, Greenburgh Shopping Center Associates, LLC ("GSCA"), in the above-captioned CERCLA case, which stems from a spill of perchloroethylene at a laundromat operated by defendant Youn Do Hwang in space leased from plaintiff GSCA. We respectfully request a one week extension of our deadline to file an order to show cause seeking a default judgment, from August 26 to September 2. In light of the defendant's failure to defend this action, you permitted us to file the order to show cause and directed that it be filed by August 26. We obtained the required clerk's certificate of default and we have prepared the vast majority of our order to show cause, including supporting declarations and exhibits evidencing our client's damages. However, I am awaiting certain updated damages records that are necessary to complete our application. This is our first request for an extension of this deadline. Thank you for your consideration.
    ..

                                        Very truly yours,

                                        *Robert B. Weissman*