UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GREENBURGH SHOPPING CENTER ASSOCIATES,
LLC,

                              Plaintiff,              **~~PROPOSED~~ DEFAULT JUDGMENT**

    – against –                                  Docket No.: 21-cv-10921

YOUN DO HWANG individually, d/b/a "DEBRICH
CLEANERS",

                           Defendants.
------------------------------------------------------------------------X

       WHEREAS, on June 22, 2022 the Court issued an Order permitting plaintiff Greenburgh Shopping Center Associates ("GSCA") to move by Order to Show Cause for a default judgment against defendant Youn Do Hwang individually, d/b/a "Debrich Cleaners" ("Hwang") based on Hwang's failure to defend this action; and

       WHEREAS, on September 9, 2022 GSCA filed an Order to Show Cause seeking a default judgment against Defendant Hwang; and

       WHEREAS, GSCA has served the Order to Show Cause on Defendant Hwang in compliance with the Order of this Court; and

       WHEREAS, Defendant Hwang has failed to respond to GSCA's Order to Show Cause; and

       WHEREAS, the Court has reviewed the Declarations of Samuel Jemal, Henry Poyker, Thomas Tennyson and Robert Weissman, the exhibits annexed thereto, and GSCA's Memorandum of Law in support of its Order to Show Cause, and has concluded that GSCA has established its entitlement to a default judgment against Defendant Hwang;

       IT IS HEREBY ORDERED AND ADJUDGED that Defendant Hwang (residing at 9 East Lawrence Park Drive, #4, Piermont, New York 10968) is liable to Plaintiff GSCA (having an address at 4 West Red Oak Lane, Suite 200, White Plains, New York 10604) in the amount of

$564,804.71, inclusive of pre-judgment interest, attorney's fees and costs, and that GSCA have judgment against Defendant Hwang therefore; and

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Hwang is liable for all future remediation costs concerning the spill of perchloroethylene that occurred at 91 Knollwood Road, White Plains, New York on or about December 1, 2020 ("the Perc Spill"), and that Defendant Hwang is obligated to reimburse GSCA for any and all remediation expenses that GSCA ~~has incurred, or~~ may in the future incur, as a result of the Perc Spill and GSCA may, from time to time, after serving Defendant Hwang herein, submit supplemental judgments to the Court should additional unreimbursed remediation expenses and legal fees be incurred.

SO ORDERED.

Dated: <u>November 29</u>, 2022
       White Plains, New York

_____
Hon. Judge Phillip M. Halpern
UNITED STATES DISTRICT JUDGE